JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PARAGON TACTICAL, INC., a California corporation; ART FRANSEN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>ART FRANSEN, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>PARAGON TACTICAL, INC., a California corporation; PTI HOLDINGS CORP, a Wyoming corporation; ARGONAUT INSURANCE COMPANY, an Illinois corporation; NANCY CHANG, also known as NANCY HSIAO, an individual; JAMILEE AVITIA, also known as JAMILEE AVITA CHANG, | Case No. 8:23-cv-02258-MCS-JDE<br><br>**JUDGMENT** |

1

| | |
|---|---|
| 1 | an individual; OTTO CHANG, also known as CHANG YA-CHIAO, an individual; LUCY CHANG, also known as LUCY HSIAO, an individual; CARROLLYN CHANG, also known as CARROLLYN CHANG MASON, an individual; MICHAEL MASON, an individual; 1st RELIANT HOME LOANS, INC., a Maryland corporation; CHECKERED FLAGS INC., a Montana corporation; RELIANT PROPERTY DEVELOPMENT CORPORATION, a California corporation; and ROES 1 through 100, inclusive, |

Counterclaim Defendants.

Pursuant to the Court's Order Dismissing Case, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. No party shall take anything from this action.

**IT IS SO ORDERED.**

Dated: March 18, 2025

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2